Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
__Tampa__ Division

Case No. ___8:23 cv 2038 KKM-AAS___
(to be filled in by the Clerk's Office)

__Shontaevious Walls__

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__Deputy Timothy Luth__
__Deputy Derric Lunford__

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Shontaevious Walls
   All other names by which you have been known: 
   ID Number: 1936693555Z
   Current Institution: Pinellas County Jail
   Address: 14400 49st N
   Clearwater, FL 33762
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Derric Lunsford
   Job or Title (if known): Pinellas county sheriff deputy
   Shield Number: 311580212
   Employer: Pinellas County Jail
   Address: 14400 49st N
   Clearwater, FL 33762
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Deputy Timonthy Luth
   Job or Title (if known): Pinellas county sheriff deputy
   Shield Number: 311363138
   Employer: Pinellas County Jail
   Address: 14400 49st N
   Clearwater, FL 33762
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Deputy John doe
Job or Title (if known): Pinellas County Sherrif deputy
Shield Number:
Employer: Pinellas county Jail
Address: 14400 49st N
Clearwater    FL    33762
City    State    Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Deputy John doe
Job or Title (if known): Pinellas county Shoriff deputy
Shield Number:
Employer: Pinellas county Jail
Address: 14400 49st N
Clearwater    FL    33762
City    State    Zip Code

☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amendment lost of libertey
8th Amendment cruel and unusual Punishment
4th Amendment improper procedure eleagale search

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)* Awaiting ~~a~~ Sentence

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Nov 19, 22
5450 42nD St N  6:00 PM

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 19 2022        6.00 P.M

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was wrongfully Arrested, searched, and beaten tased was put in a wheelchair and a walker for over a month and phisical thearpy was a result. the police harrased and lied about the situation and all charges was dropped

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was put in a hospital bed I was beaten and tased witch caused me to be put in a wheelchair and a walker because i was unable to walk. I was provided phisical thearpy to help gain strength In My legs

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to be compensated for the damages Pain and suffering $10,000
Cruel and unusual Punishment $10,000
Excessive use of force $10,000
loss of liberty $50,000

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

N/A

Basis for Jurisdiction
Attachment D) Deputy Timonty luth, Derric Lansford and Deputy John doe used improper and illegal search and secure and excessive use of force by brutally beating me body slamming me on a picked Fence and tasing me witch caused me to loose my liberty, my bond, and all Charges was dropped
I was approched in a white naborhood and instally jumpon on and tased by ~~multiple~~ deputies

Statement of claim
✓ I sustained a swollen face, put in a wheel chair and walker my left leg gives out on me I'm emotinally traumatized Phisical theaipy was provided and a result loss of liberty

IV. Statement of Claim.

The day started with my Girlfriend kicking me out the house. So the Police (St. Petersburg) came to the house and told me I had to leave. So I did. I left with a trashbag full of my clothes. I went to the neighbors across the street to hang out because I didn't have a place to go so 10 mins after another Police truck pulled up with two female "Jane Doe" officers in it and asked did anybody hear any screaming across the street. We replied "No" and they asked me to identify myself which I feel I didn't have to because I wasn't a suspect of any crime. So she accepted my answer and drove off. After that the Police drove through the neighborhood every 5 mins. Staring at me like I was being harrased so when night time came the neighbors told me they were going in the house. Previous to that I stopped to another neighbors house and told him my girlfriend kicked me out and I need somewhere to stay just for tonight and that I would pay him. He agreed so I put the trash bag full of clothes in his yard before going over. So I told my friend I was leaving so I went to the neighbors house who told me I could stay. I told him I was outside on the porch hanging out because it's early 6 o'clock

and I'm on the Phone so the another neighbor approached me and told me its not a Good idea to be on his neighbors porch and he Got mad at me and started Shouting because I didn't listen to him. So I Knocked on his door the house that I was staying at to tell the neighbor he knew know that I'm out here and he knew. So he opened the door and told him I was O.K. and then turned on the Porch Light to indicate that he Knew I was there. So 5 to 10 minutes Later 5 Police officers walked up to me which was the same Police I came encounter with. I approched them from sitting in Plain View on the Porch and told them I'm Staying the night here and asked them what did I do I didn't do nothing wrong. She Said O.K. If that's what he say its cool then out of nowhere, I Got bashed on the Side of my face I tensed up to Protect myself they Jumped on me and beat me. They body Slammed me on a Picket fence then tasered me once. He asked me are you Going to identify yourself now. I told him my I.D. was in my pocket he told me to Stand up. I told him I couldn't move So he decided to act if he was to tacer me again. I still didn't move so they threw me in the car aggresively. The Police officer asked did I need to Go to the hospital.

I told him Yes he Said if he took me to the hospital that he would find every way to Charge me with what he can charge me with. Also to find how he can make my Bond as high as Possible. I told him "I didn't Care" what he didn't know is I was out on bond. So we Got to the hospital all the Police Stood around me Joking Saying this is Going to Go on the top funniest videos on Youtube. So I went to Jail after and was Placed in a medical Wheel Chair and walker for over an month and was Provided Physical therapy after 30 days my Charges was dropped and I didn't Get my bond back So I missed ThanksGiving, Christmas, New Years, Valentines day, and also My daughters Birthday in a Cell. and also My Birthday

I was charged with Possession of crack cocaine, Possession of Marijuana with intent to sell, resisting An officer with violence, loitering and Prowling, Assault on a law Enforcement resisting without violence and all charges was dropped

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

N/A

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____N/A_____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____N/A_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____N/A_____

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____ N/A _____
   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____ N/A _____

3. Docket or index number
   _____ N/A _____

4. Name of Judge assigned to your case
   _____ N/A _____

5. Approximate date of filing lawsuit
   _____ N/A _____

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sep, 5, 23

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Shontaevious Walls
Prison Identification #: 1936693 5552
Prison Address: 14400 49st N Clearwater FL
Clearwater      FL    33762
City            State   Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City          State        Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11